THE ATTORNEY GENERAL
OF TEXAS
ATTORNEY GENERAL



July 17, 1969

Honorable Preston Smith
Governor of Texas
Austin, Texas

Dear Governor Smith:

Opinion No. M- 433

Re: Construction of
Article 4513, V.C.S.,
as amended by H.B.
358, Acts of the
61st Legislature,
Regular Session,
1969

Your request for an opinion asks the following question:

"Do the members presently serving
on the Board of Nurses Examiners
continue to serve until the expira-
tion of their terms; or does Section
1 of House Bill 358 require the
appointment of a new Board of Nurses'
Examiners?"

Article 4513, Vernon's Civil Statutes, as
amended by Section 1 of House Bill 358, Acts of the 61st
Legislature, Regular Session, 1969, reads as follows:

"The Governor shall biennially
appoint a Board of Nurse Examiners
to consist of six members and the
term of office of those so appointed
shall be two for six years; two for
four years; and two for two years.
The terms of office for members of
the Board shall expire on January 31
of odd-numbered years. Each member
of said Board shall be a registered
nurse at least twenty-five years
of age, of good moral character

-2157-

>and 'a graduate of an accredited
>school of professional nursing,'
>and three members shall have at least
>three years' teaching experience in
>educational work among nurses. One
>of the two persons appointed every
>two years shall be a person with at
>least 'three years' teaching exper-
>ience in education work among nurses'."

Prior to the amendment, Article 4513 read as follows:

>"The Governor shall bien-
>nially appoint a Board of Nurse
>Examiners to consist of six members,
>and the term of office of those so
>appointed shall be two for six years;
>two for four years; and two for two
>years. Each member of said Board
>shall be a registered, graduate
>nurse at least twenty-five years of
>age, of good moral character and a
>graduate of a School of Nursing con-
>ne cted with a general hospital or
>sanitarium of good standing presided
>over by a graduate nurse, where a
>two or more years' training with a
>systematic course of instruction is
>given, and shall have at least three
>years' teaching experience in educa-
>tional work among nurses. The mem-
>bers of the Board and the Educational
>Secretary shall each make and sub-
>scribe to the official oath, and the
>same shall, within thirty days after
>their appointment, be filed with the
>Secretary of State."

It is noted that the changes made by Section 1 of House Bill 358, Acts of the 61st Legislature, Regular Session, 1969, do not abolish the Board of Nurse Examiners, but instead merely provides for a definite termination date for the term of office for the Board members and provides certain changes in the qualification of Board members. Neither the caption of House Bill 358

nor the emergency clause nor any other section express any intent by the Legislature to abolish the present Board. See Compere v. State, 107 Tex.Crim. 95, 295 S.W. 614 (1927).

Section 30a of Article XVI of the Constitution of Texas provides board members may hold office for no more than six (6) years. The Legislature may neither shorten nor extend a term of office set by the Constitution. Attorney General's Opinion No. M-296 (1968). You are therefore advised that the members presently serving on the Board continue to serve until the expiration of the term for which they were appointed.

## S U M M A R Y

Article 4513, Vernon's Civil Statutes, as amended by Section 1 of House Bill 358, Acts of the 61st Legislature, Regular Session, 1969, does not abolish the present Board of Nurse Examiners and the members presently serving on the Board continue to serve until the expiration of the term for which they were appointed.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by David Longoria
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman

Honorable Preston Smith, page 4 (M-433)

Neil Williams
Roland Allen
Linward Shivers
Charles Rose

Hawthorne Phillips
Executive Assistant